OLDS v. SARGENT, *Judge of Dallas County Court.*

Judgement as on demurrer, when record shews no demurrer, is error.

IN the transcript of the record, immediately after the declaration, was a judgement for plaintiff as on demurrer to the declaration. Olds among other matters assigned as error, that the Court gave judgement on demurrer when there was no demurrer or issue in law between the parties.

By JUDGE CRENSHAW.

THIS assignment is supported by the record. Let the judgement be reversed and the cause be remanded.

HITCHCOCK and THORINGTON, for plaintiff.

GORDON, for defendant in error.